JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER F., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Defendant. | Case No. CV 21-04921-CAS (DFM) <br><br> JUDGMENT |

IT IS HEREBY ADJUDGED that, for the reasons set forth in the Report and Recommendation, the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Date: June 30, 2022

*/s/ Christina A. Snyder*
CHRISTINA A. SNYDER
United States District Judge